# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-1950

———————

St. Jude Packaging & Specialties,     *
Inc.,     *
    *
         Appellant,     *
    *    Appeal from the United States
     v.     *    District Court for the
    *    Eastern District of Arkansas.
World Color, Inc.,     *
    *    [UNPUBLISHED]
         Appellee.     *

———————

Submitted: October 4, 2011
Filed: November 10, 2011

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

St. Jude Packaging & Specialties, Inc. (St. Jude) appeals the district court's[1] order enforcing a settlement agreement with World Color, Inc., arguing that its debt-collection agency lacked authority to bind St. Jude to the settlement agreement. Upon our careful review, see Chaganti & Assocs., P.C. v. Nowotny, 470 F.3d 1215, 1221 (8th Cir. 2006) (standard of review), we affirm for the reasons provided by the district court. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.